JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CODY CRIDER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLLECT PROS, LLC,<br><br>Defendant. | Case No.: SACV 16-00138-CJC(JCGx)<br><br>JUDGMENT |

**JUDGMENT**

1. Judgment is entered in favor of Plaintiff Cody Crider and against Defendant Collect Pros, LLC on Count I of the complaint, which alleges a violation of the federal Fair Debt Collection Practices Act, specifically sections 15 U.S.C. § 1692e(10) and 15

U.S.C § 1692g.  Judgement is also entered in favor of Plaintiff Cody Crider and against Defendant Collect Pros, LLC on Count II of the complaint, which alleges a violation of the Rosenthal Act, California Civil Code §§ 1812.700.

2. Statutory damages are awarded under the federal FDCPA only, in the amount of $1,000, plus post-judgment interest under 28 U.S.C. § 1961.

3. Plaintiff is also awarded costs in the amount of $469 and attorney's fees in the amount of $300.  *See* 15 U.S.C. § 1692k(a)(3); Local Rule 55-3.

IT IS SO ORDERED

    DATED:     June 17, 2016

                                                CORMAC J. CARNEY
                                   UNITED STATES DISTRICT JUDGE